# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cr190-5

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **WILLIAM CHRISTOPHER SCHOENER,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on a letter to chambers written by defendant. In that letter, defendant requests the return of seized property, to wit, computers, which he contends are the property of his minor children. Because defendant is represented by counsel, direct correspondence with the court is improper. L.Cr.R. 47.1(H). Defendant is advised to discuss such issue with his attorney who can seek relief in the form of a Motion for Return of Seized Property under Rule 41(g), Fed.R.Crim.P. Defendant is cautioned that sending un-counseled letters to the court is not only prohibited, it jeopardizes his legal interests as such materials could be used against him.

## ORDER

**IT IS, THEREFORE, ORDERED** that any relief requested by way of the letter (#56) is denied without prejudice as moot in accordance with L.Cr.R. 47.1(H).

Signed: April 23, 2012

Max O. Cogburn Jr.
United States District Judge