**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CR190**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | **ORDER** |
| BONNIE KNIGHT BRIDGES (1), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on the government's Motion to Correct Judgment in which it moves the court to correct an error in the Judgment entered on November 13, 2012. The motion correctly reflects that Magistrate Judge Cayer entered a Preliminary Order of Forfeiture (by Consent) on October 15, 2012. The assets listed in that Order were inadvertently left out of the Judgment and so the court will shortly enter an amended judgment that orders defendant to forfeit those assets listed in Judge Cayer's Order. The government's Motion to Correct Judgment (#116) is hereby **GRANTED**.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge