IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CR190

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| DARRYL BROCK (6), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on the government's Motion to Correct Judgment in which it moves the court to correct a error in the Judgment entered on November 13, 2012. The motion correctly reflects that this court granted a Motion for Forfeiture of Property as to this defendant on October 31, 2012, ordering defendant to pay a forfeiture money judgment for criminal proceeds in the amount of $200,000. This forfeiture money judgment was inadvertently left out of the Judgment and so the court will shortly enter an amended judgment that includes an order of forfeiture for $200,000. The government's Motion to Correct Judgment (#118) is hereby **GRANTED**.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge