# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr190

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| (2) KIMBERLY BRIDGES MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on the government's Motion for Order Regarding Forfeiture (*Nunc Pro Tunc*) (# 131) and Second Motion for Preliminary Order of Forfeiture (Money Judgment) (# 128). This issue was briefly discussed at the January 24, 2013 sentencing hearing, and the parties indicated that they had agreed on a forfeiture money judgment in the amount of $500,000 as opposed to the $7,000,000 listed in the preliminary order. The government also requested, to which defendant did not object, that the court dismiss one vehicle from the preliminary order filed on August 30, 2012. Finally, the government wishes to withdrawal motion # 128. As the court sees no reason to not grant these modifications, the government's requests will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Order Regarding Forfeiture (*Nunc Pro Tunc*) (#131) is **GRANTED**. As part of the sentence imposed in this matter, defendant shall pay a forfeiture money judgment for criminal proceeds in the amount of $500,000, and shall be jointly and severally liable with any other defendants who are also ordered to pay a money judgment in this case (3:112cr190). Furthermore, as requested, the Preliminary Order of Forfeiture is dismissed as to the 2004 Hummer.

**IT IS, FURTHER, ORDERED** that the government's Second Motion for Preliminary Order of Forfeiture (Money Judgment) (# 128) is **TERMINATED**.

Signed: January 31, 2013

Max O. Cogburn Jr.
United States District Judge