# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11cr190

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **BONNIE KNIGHT BRIDGES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the Petition to Adjudicate Claim to Property Under 21 U.S.C. 853(n) (#132) by petitioner Terry Lee Bridges who claims an interest in property listed in the preliminary order of forfeiture (#95). The issue appears to be whether Mr. Bridges has a valid claim to the property under 21 U.S.C. § 853(n)(6)(B). The government's response reflects that petitioner has been consulted and plans on providing documentation of his right to the disputed property. The motion also reflects that, upon such a showing, the government is willing to consider "settlement options or other possible resolutions which may eliminate the need for a hearing." Govt. Resp. at 2. The court finds that a temporary stay of this matter is appropriate as it would allow time for petitioner's proffer and any subsequent settlement discussions. Accordingly, the court enters the following order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Petition to Adjudicate Claim to Property Under 21 U.S.C. 853(n) (#132) is **STAYED** for a period of 30 days upon the entry of this order. At that time, the parties should file a consent motion notifying the court of any settlement or, in the alternative, any dispute remaining over the property at issue.

Signed: February 15, 2013

Max O. Cogburn Jr.
United States District Judge